# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **Criminal No. CCB 18-0276** |
| | * | |
| **DARRYL DE SOUSA,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

...ooOoo...

## ORDER

Upon consideration of the Government's Motion to Unseal the Information, it is this 10th day of May, 2018, by the United States District Court for the District of Maryland, hereby ORDERED that:

The Information filed herein shall no longer be maintained under seal.

_____
The Honorable Beth P. Gesner
United States Magistrate Judge