**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *   **CRIMINAL NO.  CCB-18-0276** |
| **V** | * |
| | * |
| **DARRYL DE SOUSA** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ENTRY OF APPEARANCE**

Please enter the appearance of Andrew C. White and Steven D. Silverman as counsel for defendant Darryl De Sousa.

Respectfully Submitted,

_____/S/_____
Andrew C. White (Federal Bar No. 08821)
SILVERMAN, THOMPSON, SLUTKIN & WHITE
201 North Charles Street
Suite 2600
Baltimore, Maryland 21201
(410) 385-2225