# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. CCB-18-0276 |
| | ) | |
| | ) | |
| **DARRYL DE SOUSA** | ) | |

## ENTRY OF APPEARANCE

Please enter the appearance of Steven D. Silverman as co-counsel for defendant Darryl De Sousa.

Respectfully Submitted,

_____/S/_____
Steven D. Silverman (Federal Bar No. 22887)
SILVERMAN, THOMPSON, SLUTKIN & WHITE
201 North Charles Street
26th Floor
Baltimore, MD 21201
(410) 385-2225