## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **v.** | * CASE NO. 1:18-cr-00276-CCB |
| | * |
| **DARRYL DE SOUSA** | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### ENTRY OF APPEARANCE

Please enter the appearance of Gerard P. Martin as counsel for Defendant Darryl De Sousa in the above-referenced case.

                                                   /s/
                                     Gerard P. Martin (Federal Bar No. 00691)
                                     Rosenberg Martin Greenberg, LLP
                                     25 S. Charles Street, 21st Floor
                                     Baltimore, Maryland 21201-3305
                                     410-727-6600
                                     FAX 410-727-1115
                                     gmartin@rosenbergmartin.com

                                     *Attorney for Defendant Darryl De Sousa*

Date: May 18, 2018

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, on this 18th day of May 2018, a copy of the foregoing Entry of Appearance was served via CM/ECF on the following:

Sean R. Delaney, Esq.
Derek E. Hines, Esq.
Leo J. Wise, Esq.
U.S. Attorney's Office
36 S. Charles St. 4th Fl.
Baltimore, MD 21201

/s/
Gerard P. Martin

4831-8837-3350, v. 1