## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**  *

\*

**v.**  **CASE NO. 1:18-cr-00276-CCB**

\*

**DARRYL DE SOUSA**

\*

\* \* \* \* \* \* \* \* \* \* \*

## ENTRY OF APPEARANCE

Please enter the appearance of G. Adam Ruther as counsel for Defendant Darryl De Sousa in the above-referenced case.

                                                /s/
                                    G. Adam Ruther (Federal Bar No. 30183)
                                    Rosenberg Martin Greenberg, LLP
                                    25 S. Charles Street, 21st Floor
                                    Baltimore, Maryland 21201-3305
                                    410-727-6600
                                    FAX 410-727-1115
                                    aruther@rosenbergmartin.com

                                    *Attorney for Defendant Darryl De Sousa*

Date:  May 18, 2018

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, on this 18th day of May 2018, a copy of the foregoing Entry of Appearance was served via CM/ECF on the following:

Sean R. Delaney, Esq.
Derek E. Hines, Esq.
Leo J. Wise, Esq.
U.S. Attorney's Office
36 S. Charles St. 4th Fl.
Baltimore, MD 21201

/s/
G. Adam Ruther

4840-1851-7862, v. 1